UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMED JAMA ISMAIL,

Defendant.

*CR 22-85 NEB/TNL*

**INDICTMENT**

18 U.S.C. § 1542

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Use of a Passport Secured by False Statement)**

On or about April 20, 2022, in the State and District of Minnesota, the defendant,

**MOHAMED JAMA ISMAIL,**

willfully and knowingly used, attempted to use, and furnished to another for use, a passport, the issuance of which was secured by reason of a false statement made in the application therefor—namely, that the defendant had lost his prior passport at home and had filed a police report in connection with his lost passport, all in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON


SCANNED
MAY 17 2022
U.S. DISTRICT COURT MPLS